# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Kerry Brooks,

                           *Plaintiff,*

v.                                                  Case No. 0:15–cv–04164–RHK–SER

Czoc Housewares, LLC, et al.,

                           *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   Czoc Housewares, LLC

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            Russell M Spence, Jr
            8050 West 78th Street
            Edina, MN
            55439

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*       By:

                                                                     Signature of Clerk or Deputy Clerk

                                                                     Katie Thompson

Date of Issuance:   November 18, 2015

# Summons and Complaint Return of Service

Case No. 0:15–cv–04164–RHK–SER

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Czoc Housewares, LLC

Date of Service:

## Method of Service

\_\_\_\_ Personally served at this address:

\_\_\_\_ Left copies at defendant's usual place of abode with (name of person):

\_\_\_\_ Other (specify):

\_\_\_\_ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Kerry Brooks,

                             *Plaintiff,*

v.                                                           Case No. 0:15–cv–04164–RHK–SER

Czoc Housewares, LLC, et al.,

                              *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:    Target Corporation

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Russell M Spence, Jr
                8050 West 78th Street
                Edina, MN
                55439

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*        By:

                                                                             Signature of Clerk or Deputy Clerk

                                                              Katie Thompson

Date of Issuance:  November 18, 2015

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:15–cv–04164–RHK–SER

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   Target Corporation

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Kerry Brooks,

        *Plaintiff,*

v.                Case No. 0:15–cv–04164–RHK–SER

Czoc Housewares, LLC, et al.,

        *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To: Does 1–15

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Russell M Spence, Jr
> 8050 West 78th Street
> Edina, MN
> 55439

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*      By:

                      Signature of Clerk or Deputy Clerk

                      Katie Thompson

Date of Issuance:  November 18, 2015

# Summons and Complaint Return of Service

Case No. 0:15–cv–04164–RHK–SER

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Does 1–15

Date of Service: _____

## Method of Service

___ Personally served at this address:
_____
_____
_____

___ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

___ Other (specify):
_____
_____
_____

___ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____